FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 03 2021

TAMMY H. DOWNS, CLERK
By:_____
DEP CLERK

**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**BROOKE MARTIN**                                                                                    **PLAINTIFF**

**VS.**                                        *4:21CV1176-KGB*

**RAILWORKS TRACK SYSTEMS, INC.**                                        **DEFENDANT**

## COMPLAINT

1.     Comes now the Plaintiff, Brooke Martin, by and through her

attorneys of record, David A. Hodges and Ben Honaker, and for her cause of

action against the Defendant, states:

This case assigned to District Judge *Baker*
and to Magistrate Judge *Harris*

## JURISDICTION AND VENUE

2.     The United States District Court in the Eastern District of Arkansas,

has jurisdiction of this case because of the fact the Plaintiff was issued a right

to sue the Defendant for a violation of Federal laws in a Federal District Court

by the Equal Employment Opportunity Commission, thereby giving this Court

jurisdiction under 42 U.S. Code § 2000e-5.

3.     The venue for this action is proper in the Central Division because

the Plaintiff resides at 8 Jerry Street, Conway, Faulkner County, Arkansas and

the Defendant engages in substantial business in the State of Arkansas.

## PARTIES

4.     Plaintiff, at the time of the filing of the Complaint, is a resident of

8 Jerry Street, Conway, Faulkner County, Arkansas.

5.     The Defendant is Railworks Track Systems, Inc., which does the business throughout the United States. The agent for service in Arkansas I the Corporation Service Company, 300 Spring Building, 300 Spring Street, Little Rock, AR 72201.

**FACTUAL BACKGROUND**

6.     June 14, 2019 I was hired in to work with Railworks Track Systems . From this date up until present day I am still employed to my knowledge. I have not received a phone call, email,  or letter stating different. During the time between 6/14/2019 - 11/29/2020 there was one specific foreman, Kirtus Collins,  who was very aggressive toward me verbally and physically.  Collins stated many times directly to me, face to face, "A woman should be seen and not heard". This statement was made throughout the 17 months I was employed by Railworks.

In the late summer early fall of 2020, at the Best Western Plus in Sharon, Massachusetts,  2 co-workers,  Blake Collins and Chris Watkins and myself were sitting on the grass near picnic tables watching fishing videos. There were a few other coworkers at the picnic table, one of them being Kirtus Collins. Kirtus Collins was standing nearby when he acted as though he tripped and fell, throwing his entire body on me, laying me flat on my back from the position which I was sitting.  He started to roll off of me and stated "oh I thought we'd cuddle". I then got up from the ground and walked away toward the Best

Western to get to my room. This made me feel very uncomfortable and unsafe feeling.  While working for Railworks I lived in hotels for 9 months out of the year.  As Kirtus Collins was a foreman,  a type of authority or superior in the field,  he was supposed to give guidance, go by company policies, and prevent such things from occurring period. During the last part of November 2020, while the crew  formed in a circle, Kirtus Collins  was giving the debrief meeting to dismiss us for the day  when he says to another coworker for everybody to hear,"I don't know how this stupid fucking bitch still has a job". This made me feel very uncomfortable and as if I was of no dignity at all. A couple coworkers of mine at the time went to the Project Manager, person in charge when on site, Scott Collins, and reported this was said amongst everyone at the debrief including myself.  A few days after this happened Scott arrived on site, pulled myself and 2 other coworkers aside asking if this was said, I replied yes to Scott. Railworks punishes Kirtis Collins sending him home for time off from work 1 month without pay.

This situation did not include Kirtus Collins.

In Middleboro,  Massachusetts near the end of July 2020 , a coworker Chad Beasley was intoxicated at the hotel we all stayed in. Beasley was arrested for getting physically violent with a civilian female and pulled the fire alarm . Coworkers from Railworks somehow had obtained video footage of the altercation between Beasely and the woman . A coworker showed the video to

me and said he did not agree with Beasley still having his job with Railworks .

Seeing the footage made me feel  uneasy and unsafe living in the same hotel

and working everyday with the same individual that attacked a civilian woman.

I  called Railworks human resource and spoke with a man named Carl. I asked

Carl how Beasley was still employed after he broke rules and went against

policies with Railworks by attacking the civilian and being intoxicated.  Carl said

that people change and Beasley would be returning to work.  I explained to Carl

that I felt completely unsafe working with and around  Beasley and that this

was not right. Carl insisted that Beasley did not do what I had seen on video

until I sent him the footage where Carl then saw for himself Beasley was clearly

in the wrong.  It took me calling H.R. for Beasley to be terminated. Company

policy stated that intoxication at hotels Railworks paid for was not tolerated .

March 2, 2021 I was laying foundation for a metal building to be installed

at my residence when I turned and twisted  wrong and tore my floating ribs

away from my spine and shifted my right ribcage. A few hours later on the

same day,  Scott Collins called my phone to inform me that work would be

starting up soon from lay off season and to get prepared. I then informed him

I had injured myself a couple hours prior and that I will be getting back with him

after I seen a Doctor.  I received physical therapy along with pharmaceutical

therapy for two and a half months, then started with the injections in my back.

The doctor gave me a return to work note in June I believe and I returned to

work the 3rd week of June until July 2, 2021 approximately. During the time

I was home up to the time I recieved a call for the next jobsite, I unfortunately

caught the delta variant of covid. This was 2 weeks of being ill, then 2 weeks

to quarantine. I then had to wait for the next gig to start at the next jobsite.

Railworks has not gave me notice of termination. Railworks has told the illinois

unemployment office that I voluntarily quit. The Illinois unemployment agency

has recently sent me letters stating that from November 22, 2020 up until now,

they need to question me about this situation.  They want me to provide

documentation for the time off for injuring my back. It states in the letter if I

cannot provide documentation I will have to pay the unemployment agency

back what I drew as far as security benefits.  I had a Dr. Note from Dr. McCann

stating I could return to work on so written date.  Railworks has told

unemployment this after the charges were filed with EEOC and Railworks was

investigated.  I can provide documentation for the unemployment agency. I

attempted to hand over dr note in North Dakota in June 2021 to Jeremy

Hopkins superintendent at the time for Railworks.  He did not accept the paper

and told me to hang on to it. I inforned Scott Collins the project manager I had

the dr note. He said not to worry about it. To my knowledge I have not been

terminated by Railworks.  It seems to me,  I am still on Railworks Payroll .

When I first started with Railworks S Collins informed me that because of me

(only female on crew) RailWorks was able to sign big contracts. I believe this

is part of the reason I have not been terminated.

Since theses events, I now seek counseling for my becoming upset when working with a man who come at me the least bit aggressive,  I feel the way I did when unsafe,  and my self esteem is now very low. I doubt myself often. Since working with Kirtus Collins with Railworks,  It seems harder for me to feel safe in a work environment with a man. I am in constant worry and get a bit of anxiety. This has affected me financially , mentally,  emotionally,  and caused me a lot of depression.

7.     Attached is the charge of discrimination submitted by Plaintiff to EEOC.

8.     Attached hereto is the Dismissal and Notice of rights letter from EEOC.

## COUNT I

9.     As a cause of action and ground for relief, Plaintiff alleges the factual matters described in the precedent paragraphs, inclusive, of the Complaint as a part of this Count.

10.    Plaintiff contends there was sexual discrimination/harassment, both verbal and personal, which violates Federal law in this situation.

11.    As the direct result of the unlawful conduct of the Defendant, in violation of Federal Statutes, Plaintiff has suffered loss of past and future

income and other damages that will be more properly developed during the course of the litigation. Plaintiff also alleges there was wilful and unlawful conduct, and for that Plaintiff is entitled to damages.

## DAMAGES

12.    Plaintiff demands judgment against the Defendant for a sum in excess of the minimum jurisdictional limits of Federal Court, costs, attorneys' fees, and for all other relief to which the Plaintiff may be entitled under Federal Statutes.

13.    Plaintiff is entitled to compensatory damages and punitive damages and other damages called for in the Federal legislation.

14.    Plaintiff asks for back pay, interest on back pay, litigation and reasonable attorneys' fees, compensatory and punitive damages, and any and all other just and proper relief to which the Plaintiff may be entitled that will be more particularly described during the course of the litigation.

15.    Plaintiff asks this relief from the Court.

## DEMAND FOR JURY TRIAL

16.    Pursuant to Rule 38 of the Federal Rules of Civil Procedure, the Plaintiff respectfully demands a jury trial on all issues triable of right by jury.

Respectfully Submitted,

BROOKE MARTIN, PLAINTIFF

By: _/s/David Hodges_

**DAVID A. HODGES**
**Attorney at Law**
**212 Center Street, Fifth Floor**
**Little Rock, AR 72201-2429**
**Arkansas Bar No. 65021**
**Telephone: 501-374-2400**
**E-Mail: david@hodgeslaw.com**


**AND**

**BEN HONAKER**
**Honaker Law**
**124 W. Capitol, Suite 1900**
**Little Rock, AR 72201**
**Arkansas Bar No. 2017108**
**Telephone: 501-247-6975**
**Email: ben@benhonakerlaw.com**

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br><br>· This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br><br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br><br>**520-2021-03807** |
|---|---|---|
| | | and EEOC |

_State or local Agency, if any_

| Name *(indicate Mr., Ms., Mrs.)*<br><br>**MS. BROOKE E MARTIN** | Home Phone<br><br>**618-201-1277** | Year of Birth |
|---|---|---|
| Street Address                              City, State and ZIP Code<br><br>**8 JERRY ST, CONWAY,AR 72032** | | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name<br><br>**RAILWORKS TRACK SYSTEMS** | No. Employees, Members<br><br>**Unknown** | Phone No.<br><br>**(952) 469-4907** |
|---|---|---|
| Street Address                              City, State and ZIP Code<br><br>**8485 210TH ST W, LAKEVILLE, MN 55044** | | |
| Name | No. Employees, Members | Phone No. |
| Street Address                              City, State and ZIP Code | | |

| DISCRIMINATION BASED ON *(Check appropriate box(es).)*<br><br>☐ RACE   ☐ COLOR   ☒ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN<br>☒ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ GENETIC INFORMATION<br>☐ OTHER *(Specify)* | DATE(S) DISCRIMINATION TOOK PLACE<br>Earliest              Latest<br>**10-01-2020     09-03-2021**<br><br>☐ CONTINUING ACTION |
|---|---|

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

**I was hired in July 2019, and promoted to Operator in 2020. During my employment, a Male Coworker sexually harassed me in the form of comments and conduct including, but not limited to, he told me a dozen times that a woman should be seen and not heard; told Coworkers he didnt know how this stupid fucking bitch still has a job; and threw his body on me and said, I thought we would cuddle. Although I did not report it, my Coworkers reported it. He was placed on unpaid suspension for one-month. In August 2021, I was called for a job assignment located in New York. When I arrived at the airport, my flight was delayed. I notified my Supervisor of the delay. After a couple of hours, I had not heard anything from my Supervisor or the Airline. I left the airport. I have not been called for another job.**

**I believe I was sexually harassed because of my sex female and have not been given a job assignment because of my sex female and in retaliation for the report of sexual harassment in violation of Title VII of the Civil Rights Act of 1964, as amended.**

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| **Digitally signed by Brooke E Martin on 09-07-2021 08:29 AM EDT** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>*(month, day, year)* |

PLAINTIFF'S EXHIBIT _____ 1

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br><br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br><br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br><br>**520-2021-03807** |
|---|---|---|
| | | and EEOC |

*State or local Agency, if any*

There was one more very important issue I would like to add to the discrimination case. June or July of 2020 a coworker, Chad Beasley, was under the influence of alcohol at the hotel I and fellow coworkers were staying at during this assignment. Chad Beasley had an altercation with a civilian female where he pushed his way in to her hotel room, was on top of her restraining her and struck her. The civilian female video recorded this all with her phone. I'm not sure how it went about coming into the hands of a coworker of mine, but it did and the coworker showed it to me. The recording made me feel very unsafe at the hotel and at work even more. Chad Beasley was not going to be terminated from his position with railworks until I took it upon myself for my own safety , to call human resources (Carl) and discuss this issue and how it affected me very much. Human resources (Carl) then told me over the phone, ' People change' , and that Beasley had not done anything wrong. I then sent human resources (Carl) the video recording of the incident with the civilian female. Beasley was terminated after I had made the phone call, sent the video recording, and had to explain why I felt unsafe at the hotel the company put us in, and at work. For me to have had to push the issue that far in order to get something done to protect myself, and prevent myself from being in immediate danger, was absolutely unnecessary.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| **Digitally signed by Brooke E Martin on 09-07-2021 08:29 AM EDT** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(*month, day, year*) |

CP Enclosure with EEOC Form 5 (11/09)

**PRIVACY ACT STATEMENT:**  Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

**1.    FORM NUMBER/TITLE/DATE.**  EEOC Form 5, Charge of Discrimination (11/09).

**2.    AUTHORITY.**  42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

**3.    PRINCIPAL PURPOSES.**  The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

**4.    ROUTINE USES.**  This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws).  Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination.  This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions.  A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

**5.    WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.**  Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of.  Without a written charge, EEOC will ordinarily not act on the complaint.  Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed.  Charges may be clarified or amplified later by amendment.  It is not mandatory that this form be used to make a charge.

### NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA.  Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements.  You will be told which agency will handle your charge.  When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter.  Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so within 15 days of your receipt of its findings.  Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

### NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge.  Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an

investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.

EEOC Form 161 (11/2020)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

To:  **Brooke E. Martin**
    **8 Jerry St**
    **Conway, AR 72032**

From:  **Little Rock Area Office**
    **820 Louisiana**
    **Suite 200**
    **Little Rock, AR 72201**

|     | *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))* |
| --- | --- |

| EEOC Charge No. | EEOC Representative | Telephone No. |
| --- | --- | --- |
| **520-2021-03807** | **Margie Myers,**<br>**Investigator** | **(501) 324-6214** |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: The EEOC will not proceed further with its investigation, and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

## - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

9/8/2021

Enclosures(s)

**William A. Cash, Jr.,**
**Area Office Director**

*(Date Issued)*

cc:  **Carl Halbert**
    **Administrator**
    **RAILWORKS CORPORATION**
    **5 Penn Plaza**
    **15th Floor**
    **New York, NY 10001**



Enclosure with EEOC
Form 161 (11/2020)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.
If you also plan to sue claiming violations of State law, please be aware that time limits and other
provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS   --   Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA),
the Genetic Information Nondiscrimination Act (GINA), or the Age
Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within
90 days** of the date you *receive* **this Notice**.  Therefore, you should **keep a record of this date**.  Once this 90-
day period is over, your right to sue based on the charge referred to in this Notice will be lost.  If you intend to
consult an attorney, you should do so promptly.  Give your attorney a copy of this Notice, and its envelope or
record of receipt, and tell him or her the date you received it.  Furthermore, in order to avoid any question that you
did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was
*issued* to you** (as indicated where the Notice is signed) or the date of the postmark or record of receipt, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction.  (Usually, the appropriate
State court is the general civil trial court.)  Whether you file in Federal or State court is a matter for you to decide
after talking to your attorney.  Filing this Notice is not enough.  You must file a "complaint" that contains a short
statement of the facts of your case which shows that you are entitled to relief.  Your suit may include any matter
alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in
the charge.  Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some
cases can be brought where relevant employment records are kept, where the employment would have been, or
where the respondent has its main office.  If you have simple questions, you usually can get answers from the
office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or
make legal strategy decisions for you.

### PRIVATE SUIT RIGHTS   --   Equal Pay Act (EPA):

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back
pay due for violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.  For
example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit
before 7/1/10 – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008.  This time limit for filing an EPA
suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above.
Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA
claim, suit must be filed within 90 days of this Notice and within the 2- or 3-year EPA back pay recovery period.

### ATTORNEY REPRESENTATION   --   Title VII, the ADA or GINA:

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction
in your case may, in limited circumstances, assist you in obtaining a lawyer.  Requests for such assistance must be
made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your
efforts to retain an attorney).  Requests should be made well before the end of the 90-day period mentioned above,
because such requests do not relieve you of the requirement to bring suit within 90 days.

### ATTORNEY REFERRAL AND EEOC ASSISTANCE   --   All Statutes:

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any
questions about your legal rights, including advice on which U.S. District Court can hear your case.  If you need to
inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide
your charge number (as shown on your Notice).  While EEOC destroys charge files after a certain time, all charge files
are kept for at least 6 months after our last action on the case.  Therefore, if you file suit and want to review the charge
file, **please make your review request within 6 months of this Notice**.  (Before filing suit, any request should be
made within the next 90 days.)

***IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.***

Enclosures(s)

cc: