# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**BROOKE MARTIN**                                                                            **PLAINTIFF**

v.                        **Case No. 4:21-cv-01176-KGB**

**RAILWORKS TRACK SYSTEMS, INC.**                                      **DEFENDANT**

## ORDER

Before the Court is the parties' joint stipulation of dismissal (Dkt. No. 15). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good cause shown, the Court adopts the stipulation of dismissal. The action is dismissed with prejudice, with each party to bear their own costs.

So ordered this the 27th day of October, 2022.

*[signature]*
Kristine G. Baker
United States District Judge